UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
FEB 17 2017
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

JEFFREY MAYES,

    Plaintiff,

Case No. 16-cv-10124

Paul D. Borman
United States District Judge

v.

Elizabeth A. Stafford
United States Magistrate Judge

MICHIGAN DEPARTMENT
OF CORRECTIONS, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S JANUARY 11, 2017 REPORT AND RECOMMENDATION AND DISMISSING THIS CASE FOR FAILURE TO PROSECUTE

In this prisoner civil rights case, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation on January 11, 2017, to dismiss Plaintiff's Complaint without prejudice for failure to prosecute. (ECF No. 21, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, and DISMISSES Plaintiff's Complaint WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                                                                         Paul D. Borman
                                                                                         United States District Judge

Dated: FEB 17 2017